United States District Court
Southern District of Texas
**ENTERED**
May 11, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 4:17-cv-00476 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE, subscriber assigned IP address ) | |
| 73.166.92.214, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT**

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until July 28, 2017 to effectuate service of a summons and Amended Complaint on Defendant.

SO ORDERED this 10th day of May, 2017

By: _____
**UNITED STATES DISTRICT JUDGE**

1