# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

```
------------------------------------------------------------X
                                            :
MALIBU MEDIA, LLC,                          :
                                            :       Civil Action No. 4:17-cv-00476
                            Plaintiff,      :
                                            :
                vs.                         :
                                            :
JOHN DOE, subscriber assigned IP address    :
73.166.92.214,                              :
                                            :
                            Defendant.      :
------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe, subscriber assigned IP address 73.166.92.214 ("Defendant") through his counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses John Doe from this action with prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 27, 2017                       Respectfully submitted,
                                            **LOWENBERG LAW FIRM, PLLC**

                                    By:     /s/ *Andrew D. Kumar*
                                            ANDREW D KUMAR
                                            Federal Bar No. 1409965
                                            Texas Bar No. 24075913
                                            Email:  Andrew@thetexastriallawyers.com
                                            MICHAEL J. LOWENBERG
                                            Federal Bar No. 22584
                                            Texas Bar No. 24001164
                                            Email:  Mike @thetexastriallawyers.com
                                            7941 Katy Freeway, Suite 306

1

Houston, Texas 77024
Telephone:  (832) 241-6000
Telecopier:  (832) 241-6001
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27,  2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  _/s/ Andrew D. Kumar_____
Andrew D. Kumar, Esq.