United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-476 |
| JOHN DOE, | § |
| Defendant. | § |

### ORDER

Plaintiff has filed a Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe. (Doc. No. 15.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this 27th day of July, 2017.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE